# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America )<br>v.  )<br>Robert Hienekamp )<br>  )<br>_Defendant_  ) | Case No. 4:23-cr-00340-YGR |

**FILED**
OCT 1 3 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/13/2023

_Defendant's signature_

_Signature of defendant's attorney_

David Klasing
_Printed name of defendant's attorney_

_Judge's signature_

Hon. Donna M. Ryu, U.S. Magistrate Judge
_Judge's printed name and title_